E-FILED
Monday, 16 December, 2019  03:42:44 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

DEC 16 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dustin Mark Kolczak,

      Plaintiff      )
                     )
                     )
                     )
vs.                  )
                     )
Tazewell County Sheriffs )
Department and/or Justice )
Center,              )
Rebecca Melloy,      )
Cheryl Potts,        )
Curtis King          )
                     )
                     )
_____,     )
                     )
      Defendant(s)   )

Case No. _19-1405_

*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## **COMPLAINT**\*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

## I. FEDERAL JURISDICTION

\***Please refer to the instructions when filling out this complaint.** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

· Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Dustin Mark Kolczak

Prison Identification Number: 332729

Current address: 101 S. Capitol Pekin, IL 61554

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Tazewell County Sherriffs Department / Justice center

Current Job Title:

Current Work Address 101 S. Capitol Pekin IL 61554

Defendant #2:

Full Name: Rebecca Melloy

Current Job Title: Correctional Officer

Current Work Address 101 S Capitol Pekin, IL 61554

Defendant #3:

Full Name: Cheryl Potts

Current Job Title: Correctional Officer

2

Current Work Address 01 S Capitol Pekin, IL G1554

_____

Defendant #4:

Full Name: Curtis King

Current Job Title: Correctional Officer

Current Work Address 101 S. Capitol

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☐          No ☒

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐          No ☒

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes  ☒    No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes  ☐    No  ☒

If your answer is no, explain why not  Denied  access  to  grievances

_____

C.  Is the grievance process completed?    Yes  ☐    No  ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence  Tazewell  County  Justice  Center  Cell  M1

4

Date(s) of the occurrence _____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 2/27/2018 I was brought to Tazewell County Justice center (TCJC). Upon arrival around 12:30 A.M I was escorted to a cell in the medical section of the jail (M1), by Officers Melloy, King, Williams and supervisor Potts. Inside of cell M1 I was forcibly stripped of all my clothes, handcuffed behind my back, then strapped into a high security restraint chair. Words were exchanged between the officers and I, then officer Melloy vocalizes that she wants to "Taze" me. Commander Potts responded "Do it" while the other two officers said "Taze him". Melloy then "tazed" me for about 15 seconds on my knee. Afterwards all of them tightend the straps on the chair as much as they could and exited M1 around 12:45 AM. At 4:27 am I was removed from the chair and immediately began requesting medical attention, my hands were twice normal size from lack of circulation. I was denied medical attention and access to grievance forms concerning this incident. I was told my incident is not grievable.

Officers here at TCJC are trained to deny and/or censor detainee grievance forms at their personal discretion. The detainee handbook even states there

5

are things we're not allowed to grieve, then has a list of some.

1. Officer Melloy violated my 4th amendment right by using excessive force through means of an electronic control weapon (Taser) while I was unarmed, handcuffed, strapped into a high security restraint chair, and surrounded by officers.

2. Officer Melloy violated my 8th amendment right with cruel and unusual punishment by using her "Taser" to sadisticly and vindictively punish me for comments I made.

3. Commander Potts violated my 4th and 8th amendment rights by giving Melloy the go-ahead to "Taze" me.

4. Officers King and Williams violated my 4th and 8th amendment rights by encouraging officer Melloy to "Taze" me and/or not stepping in to help me.

5. Tazewell county Sheriffs Department and/or Justice Center violated my 4th amendment right and is responsible for this incident for maintaining a policy, custom, or practice of using excessive force, and failing to train officers in the proper use of "Tazers". Also was negligent in hiring and careless in retaining these poorly trained officers.

6. Tazewell county Sheriffs Department and/or Justice Center violated my rights to due process for maintaining a policy, custom, or practice of denying access to and censoring the subject of inmate grievance forms.

Cell M1 at TCJC is equipped with audio and video surveillance. TCJC also has records and incident reports pertaining to this unfortunate

incident.

## RELIEF REQUESTED

(State what relief you want from the court.)

The relief im requesting is monetary damages

in the amount of two million u.s. dollars

JURY DEMAND     Yes ☐    No ☒

Signed this _____ day of _December_____ , 20 _19_ .

Dustin Kolczak
(Signature of Plaintiff)

"OFFICIAL SEAL"
SHELLY L. HAGEN
Notary Public, State of Illinois
My Commission Expires 06-21-2020

Shelly L Hagen
12/16/19

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Dustin Mark Kolczak | 332729 |
| Address: | Telephone Number: |
| 101 S Capitol, Pekin, IL 61554 | 309-264-0103 |

Dustin Kolczak
TCJC Detainee
101 S Capitol
Pekin, IL
61554

Legal
Mail

U.S. District Court Clerk
Central district of IL
305 US Court house
100 N.E. Monroe st.
Peoria IL 61602
61802310970034