IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

DUSTIN MARK KOLCZAK,            )
                                )
    Plaintiff,                  )
                                )   Case No.: 19-cv-01405-JES
vs.                             )
                                )
REBECCA MELLOY, CHERYL POTTS,   )
CURTIS KING, and KELLEN WILLIAMS,)
                                )
    Defendants.                 )

**STIPULATION TO DISMISS**

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Dustin Kolczak, pro se; and Defendants Rebecca Melloy, Cheryl Potts, Curtis King, and Kellen Williams by their attorney, hereby stipulate and agree that this lawsuit should be dismissed herewith with prejudice and without costs.

PLAINTIFF

By: _____
Dustin Kolczak, #M09825
Plaintiff pro se
Western Illinois Correctional Center
2500 Route 99 South
Mt. Sterling, IL  62353

DEFENDANTS

By: _____
Bhairav Radia, ARDC# 6293600
Attorney for Defendants
OKGC Law, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
847-291-0200
bradia@okgc.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DUSTIN MARK KOLCZAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 19-cv-01405-JES |
| vs. ) | |
| ) | |
| REBECCA MELLOY, CHERYL POTTS, ) | |
| CURTIS KING, and KELLEN WILLIAMS,) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the attached *Stipulation of dismissal* with the Clerk of Court using the CM/ECF system, with the Clerk of Court using the CM/ECF system, and I will send notification of such filing to the following non-registered CM/ECF participant(s):

Dustin M. Kolczak, #M09825
Western Correctional Center
2500 Rt. 99 South
Mt. Sterling, IL 62353

via First Class Mail by placing a true and correct copy thereof in a sealed envelope, proper postage prepaid and affixed thereon and placing same in the U.S. Mail receptacle located at 650 Dundee Road, Northbrook, Illinois, at or before the hour of 5:00 p.m. on November 14, 2022.

By:    *s/Bhairav Radia*
Bhairav Radia, #6293600
OKGC Law, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: bradia@okgc.com

2